1  McGREGOR W. SCOTT
   United States Attorney
2  E. Robert Wright
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2702

5  Attorneys for the United States

6

7                    IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

10

11 | BESSIE IRENE WALTZ,                    | No. 1:06-cv-01831-SMS
12 |          Plaintiff,                    | STIPULATION TO CONTINUE
13 |     v.                                 | CERTAIN PRETRIAL DATES
                                             AND ORDER THEREON
14 | UNITED STATES OF AMERICA;
15 | U.S. DEPARTMENT OF FORESTRY;
     RICHARD ERNEST BAILEY, AND DOES
16 | 1-25, inclusive,
17 |          Defendants.
18

19  1.   This stipulation is executed on behalf of all parties.

20  2.   Due to the press of other cases for both counsel, including an ongoing trial, the parties through

21       counsel agree to the following adjustment in the pretrial schedule:

22                                      CURRENT DATES          NEW DATES

23  Plaintiff Expert Disclosure          1/14/08               2/14/08

24  Defendant Expert Disclosure          1/28/08               2/28/08

25  Rebuttal Expert Disclosure           2/11/08               3/11/08

26  Discovery Deadline: non-expert       12/14/07              2/14/08

27              expert                   2/25/08               3/25/08

28  Non-dispositive motion filing        1/04/08               2/14/08

                                        1

| | | |
|---|---|---|
| 1 | DATES NOT CHANGED: | |
| 2 | Dispositive motion filing | 1/9/08 |
| 3 | Settlement conference | 2/21/08, 10:30 am, before GSA/Judge Austin Ctrm. 10 |
| 4 | Pre-trial Conference: | 3/13/08, 10:00 am, Ctrm. 7/SMS |
| 5 | Trial Date: | 4/21/08, 9:00 am, Ctrm. 7/SMS (CT-7 days) |

Respectfully submitted,

**FOR PLAINTIFF:**

Dated: November 3, 2007			WARREN R. PABOOJIAN, ESQ.
						Oren and Paboojian

					By:	   /S/ Warren R. Paboojian
						WARREN R. PABOOJIAN
						Attorney for Plaintiff

**FOR DEFENDANT:**

Dated: October 31, 2007			McGREGOR W. SCOTT
						United States Attorney


					By:	   /S/ E. Robert Wright
						E. ROBERT WRIGHT
						Assistant U.S. Attorney
						Attorneys for Defendant

   Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current scheduling conference order dates are vacated in favor of the new dates listed above, with the dates for Dispositive motion filing, Settlement Conference, Pre-trial Conference and Trial remaining unchanged.

IT IS SO ORDERED.

**Dated:   November 14, 2007**			   /s/ Sandra M. Snyder
						UNITED STATES MAGISTRATE JUDGE