Warren R. Paboojian, No. 128462
Jason S. Bell, No. 213234
OREN & PABOOJIAN
225 West Shaw Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 224-2299
Facsimile: (559) 224-2228

Attorneys for Plaintiff BESSIE IRENE WALTZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| BESSIE IRENE WALTZ,<br><br>       Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF FORESTRY; and RICHARD ERNEST BAILEY, and DOES 1-25, inclusive,<br><br>       Defendant. | Case No. 1:06-cv-01831-SMS<br><br>STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE SUMMARY JUDGMENT; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, as follows:

Plaintiff's counsel, Warren R. Paboojian, is currently involved in a jury trial on another action, *Johnson-Klein vs. CSU; Fresno Superior Court, Case No. 05 CE CG 02645 DSB*.

The parties stipulate that defendants' Motion to Dismiss or in the alternative, for Summary Judgment be moved from December 7, 2007, to **Friday, December 14, 2007**, at **9:30 a.m.**, in **Courtroom 7**.

The parties further stipulate that the time to file and serve an Opposition and Reply to the Motion to Dismiss or in the alternative, Summary Judgment, will be calculated and due according to the new hearing date of *December 14, 2007.*

1  The stipulation may be signed by the attorneys in counterpart, and by original, photocopy or
2  facsimile signatures.

3  **IT IS SO STIPULATED.**

4
5  Dated: <u>November 7 , 2007</u>.                    OREN & PABOOJIAN

6                                                     By <u> /s/ Warren R. Paboojian, Esq. </u>
7                                                        Warren R. Paboojian,
                                                         Jason S. Bell, Attorneys for Plaintiff
                                                         BESSIE IRENE WALTZ
8

9  Dated: <u>November 8, 2007</u>.                    Office of the United States Attorney

10

11                                                    By <u> /s/ E. Robert Wright, Esq. </u>
                                                         McGregor W. Scott, U.S. Attorney
12                                                       E. Robert Wright, Attorneys for *Defendants*
                                                         *UNITED STATES OF AMERICA; U.S.*
13                                                       *Department of Forestry; and Richard Ernest*
                                                         *Bailey*
14

15  K:\SMS\To_Be_Signed\06cv01831.stipo.Waltz.move mtn dism hrg.wpd

16
17
18
                                              **ORDER**
19

20  On the stipulation and agreement of the parties through their attorneys of record and good cause
21  appearing therefore:

22  **IT IS ORDERED that**:

23  1. Defendant's Motion to Dismiss or in the alternative, for Summary Judgment be heard on **Friday, December 14, 2007**, at **9:30 a.m.** in **Courtroom 7**; and
24
25  2. The time deadlines for filing and service of the Opposition and Reply to said Motion be calculated and due according to the new hearing date of *December 14, 2007*.

26
27                                     IT IS SO ORDERED.

28  **Dated:   November 14, 2007**             <u>     /s/ Sandra M. Snyder     </u>
                                                UNITED STATES MAGISTRATE JUDGE